**KAREN M. VICKERS,** OSB No. 913810
kvickers@vickersplass.com
Telephone: 503-726-5985
**BETH F. PLASS,** OSB No. 122031
bplass@vickersplass.com
Telephone: 503-726-5975
VICKERS PLASS LLC
5200 SW Meadows Road, Suite 150
Lake Oswego, OR 97035

Special Assistant Attorneys General for Defendants

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PENDLETON DIVISION

| | |
|---|---|
| **JOSHUA A. TURNIDGE**, <br><br> Plaintiff, <br><br> v. <br><br> **OREGON DEPARTMENT OF CORRECTIONS, T.R.C.I RN. C. DIETER, DR. WARREN ROBERTS, J. BUGHER, AGNP. PATRICK MANEY, T.L.C. COMMITTEE,** *et al*, <br><br> Defendants. | Case No. 2:24-cv-00569-MO <br><br><br> DEFENDANTS' UNOPPOSED MOTION TO STAY ALL PENDING CASE DEADLINES |

## CERTIFICATE OF CONFERRAL

I hereby certify that I conferred with plaintiff AIC Joshua Turnidge via telephone on March 10, 2025, regarding this motion to stay and he consents.

## MOTION

Defendants respectfully move the Court for an order staying all current case deadlines.

The reason for this request is that the parties are working on settlement in this matter.

This is the first request to stay all current deadlines. This request is made in good faith and not for the purposes of delay, and is supported by the declaration of Beth F. Plass, Special Assistant Attorney General for Defendants, and the records and files herein.

DATED: March 10, 2025.

          DAN RAYFIELD ATTORNEY GENERAL FOR THE STATE OF OREGON

          *s/Beth F. Plass*
          **KAREN M. VICKERS,** OSB No. 913810
          kvickers@vickersplass.com
          503-726-5985
          **BETH F. PLASS,** OSB No. 122031
          bplass@vickersplass.com
          503-726-5975
              Special Assistant Attorneys General for Defendants