Brent H. Smith, OSB #065971
E-mail: brent@baumsmith.com
Baum Smith, LLC
P.O. Box 967
808 Adams Avenue
La Grande, Oregon 97850
Phone: (541) 963-3104
Fax: (541) 963-9254

Attorneys for Plaintiff Joshua A. Turnidge

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PENDLETON DIVISION

| | |
|---|---|
| JOSHUA A. TURNIDGE,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>OREGON DEPARTMENT OF CORRECTIONS, T.R.C.I RN. C. DIETER, DR. WARREN ROBERTS, J. BUGHER, AGNP. PATRICK MANEY, T.L.C. COMMITTEE, *et al*,<br><br>　　　　Defendant. | Case No.: 2:24-cv-00569-MO<br><br>PLAINTIFF'S STATUS REPORT REGARDING SETTLEMENT |

　　The following is a status report regarding settlement discussions in the above-captioned matter.

1 – PLAINTIFF'S STATUS REPORT REGARDING SETTLEMENT

**BAUM SMITH LLC**
808 Adams Ave - PO Box 967
La Grande, Oregon 97850
Phone: (541) 963-3104
Fax: (541) 963-9254
Email: office@baumsmith.com

Since the last report, Plaintiff's attorney, Brent H. Smith, had additional virtual meetings with defense counsel regarding the status of this case.

Plaintiff's Position: Plaintiff has received a medical consultation and was told he would need to have surgery. Plaintiff hopes to have the surgery scheduled during the next four months. Following the surgery, Plaintiff intends to schedule a judicial settlement conference between 30 and 90 days post-surgery. Plaintiff requests permission to submit another status report in 120 days, after Plaintiff has received surgery.

Defendants ODOC's Position: Defendants agree that a further status report in 120 days and scheduling a judicial settlement conference after further treatment decisions have been made are appropriate.

Defendant Bugher's Position: Defendant Bugher requests permission from the Court for leave to file a Motion for Summary Judgment.

Defendant Robert's Position: Defendant Robert has no objection to Plaintiff's Status Report Regarding Settlement.

DATED this 17th day of December, 2025.

> BAUM SMITH, LLC
> Attorney for Plaintiff
>
> By: _____
> Brent H. Smith
> OSB #065971
> Trial Attorney

2 – PLAINTIFF'S STATUS REPORT REGARDING SETTLEMENT

BAUM SMITH LLC
808 Adams Ave - PO Box 967
La Grande, Oregon 97850
Phone: (541) 963-3104
Fax: (541) 963-9254
Email: office@baumsmith.com

## **CERTIFICATE(S) OF SERVICE**

I hereby certify that I served the foregoing PLAINTIFF'S STATUS REPORT REGARDING SETTLEMENT on:

| | |
|---|---|
| KAREN M. VICKERS<br>BETH PLASS<br>VICKERS PLASS LLC<br>5200 SW MEADOWS RD., STE 150<br>LAKE OSWEGO, OR 97035<br>EMAIL: kvickers@vickersplass.com<br>bplass@vickersplass.com | NATHAN RIEMERSMA<br>OREGON DEPARTMENT OF JUSTICE<br>CIVIL LITIGATION SECTION<br>1162 COURT STREET NE<br>SALEM, OR 97301-4096<br>EMAIL: nathan.k.riemersma@doj.oregon.gov |
| AARON J. POTTER<br>KAREN M. O'KASEY<br>HART WAGNER, LLP<br>1000 SW BROADWAY, SUITE 2000<br>PORTLAND, OR 97205<br>EMAIL: ajp@hartwagner.com<br>kok@hartwagner.com | JENNIFER A. STREET<br>GLASOCK STREET WAXLER LLP<br>6915 S MACADAM AVE., SUITE 300<br>PORTLAND, OR 97219<br>EMAIL: street@gswlaworegon.com |

by the following indicated method or methods:

[X]    by **electronic service** upon e-filing this document with the Court through the electronic filing system.

[ ]    **courtesy copy** through the courts electronic filing system as party is not registered for efile and serve at this time.

and

[X]    by **mailing** a full, true and correct copy thereof in a sealed, first-class, and postage prepaid envelope, addressed to the attorney(s) shown above at the last-known office address of the attorney(s) via the United States Postal service at La Grande, Oregon on the date set forth below.

/ / /

/ / /

/ / /

/ / /

1 – CERTIFICATE(S) OF SERVICE

BAUM SMITH LLC
808 Adams Ave - PO Box 967
La Grande, Oregon 97850
Phone: (541) 963-3104
Fax: (541) 963-9254
Email: office@baumsmith.com

[ ]  by causing a full, true and correct copy thereof to be **hand-delivered** to the attorney.

DATED this 17th day of December, 2025.

                                              BAUM SMITH, LLC
                                              Attorneys for Plaintiff

                                        By: _____
                                                Brent H. Smith
                                                OSB No. 065971
                                                Trial Attorney

BAUM SMITH LLC
808 Adams Ave - PO Box 967
La Grande, Oregon 97850
Phone: (541) 963-3104
Fax: (541) 963-9254
Email: office@baumsmith.com